# Exhibit A

```
AGE: _____        TATTOO(S)/PIERCING(S):
                                                    Presc.  Sun
SEX:  Male  (Female)         GLASSES:               Other  black tights
HAIR: Blond  Brn (Blk)  Red  Gray  Bald
CLOTHING: (T-Shirt) Sweater Jacket Suit Pants Shorts Skirt Dress
          Other____
DATE: 9/11/09    LOCATION: 2000 S St NW         GUEST
ACTION:_____  DESCRIPTION:_____
TAPE#:_____  CHECK HERE IF B-ROLL:____ MATCHES:____
                    CAMERA:_____  AUDIO:____  AC:____
DIRECTOR:_____
                         RW Productions, Inc.        23071
       REDACTED          Tel: ▓▓▓▓
                         Fax: ▓▓▓▓
```

## VOLUNTARY PARTICIPATION AGREEMENT (GUEST RELEASE) AND ARBITRATION PROVISION

1. For good and valuable consideration, receipt of which is hereby acknowledged, this Agreement shall confirm that I grant permission to RW Productions, Inc., its affiliates, successors, licensees and assigns (collectively, "Producer"), to film, photograph, tape, record and edit me, which includes, without limitation, my appearance, likeness, identity, name, behavior, actions, voice, conversations (including telephonic) and sounds (including any musical composition(s)), which I may perform alone or in conjunction with others (collectively, the "Appearance"), for any purpose including dubbing, if Producer deems it necessary in its sole and absolute discretion (but not obligation) during and/or in connection with the television program currently entitled "TheReal World" (the "Program"). I acknowledge and agree that Producer shall be the exclusive owner of all copyrights and other rights to and in connection with such Appearance, and Producer shall have full rights to license others to use them in any manner at Producer's discretion. I further agree that Producer shall exclusively own all rights, titles, and interests (including, without limitation, all copyrights) to and in connection with any picture, video, recordings, and/or any other material that I have provided or may provide in connection with the Program (the "Materials").

2. I hereby irrevocably and unconditionally grant to Producer the right (but not the obligation) to utilize my Appearance and any information by or about me, including biographical information, the Materials and any information received from any sources in and in connection with the Program, in outtakes, derivative versions and in any uses of the Program, in connection with the exploitation of the ancillary and subsidiary rights to and in connection with the Program, as well as for any related commercial purposes (including, without limitation, for advertising, marketing, publicizing, promoting, exhibiting, merchandising and exploiting the Program and the ancillary and subsidiary rights to and in connection with the Program, in whole or in part), and for any other television project or other production, by any and all means, media, devices, processes and technology (including, without limitation, featuring the Appearance in so-called DVD Bonus Material) now or hereafter known or devised, in perpetuity, throughout the universe, at no charge to Producer ("Granted Rights").

3. To the extent that I own or control rights in any of the musical compositions performed in connection with my Appearance and in the Materials, I hereby grant Producer a royalty-free synchronization license to use such compositions in any manner. I agree that no payments, residuals, reuse fees or other compensation shall be made to me or any third party in connection with the exploitation of the Granted Rights herein. Without in any way limiting the foregoing, my participation in the Program itself does not constitute a performance and will not entitle me to any wages, salary or other compensation. I acknowledge and agree that a significant element of the consideration I am receiving under this Agreement is the publicity I will receive if Producer includes the Materials in the Program or other production or advertisement.

4. I confirm that any and all statements made by me during my Appearance and in the Materials will be true and will not violate or infringe upon any third party's rights. I agree to keep strictly confidential all information about or in connection with the Program learned during my participation. I understand that, in and in connection with the Program (including, without limitation, in my Appearance and in the Material), I may reveal and/or relate, other parties (including, without limitation, other Program participants and/or Producer) may reveal and/or relate, or the Producer may thus edit, information about me of a personal, surprising, defamatory, disparaging, embarrassing or unfavorable nature. I further understand that my appearance, depiction, and/or portrayal in or in connection with the

1

Program, and my actions and the actions of others displayed in or in connection with the Program, may be disparaging, defamatory, embarrassing or of an otherwise unfavorable nature, and may expose me to public ridicule, humiliation or condemnation. I acknowledge and agree that Producer shall have, in its sole discretion and editorial control, the right to include any such information and any such appearance, depiction, portrayal, actions and statements in and in connection with the Program. I understand and acknowledge that while such conduct might otherwise constitute a tort, I have freely and knowingly consented to such conduct and waive any action against Producer.

5. I UNDERSTAND AND ACKNOWLEDGE THAT FILM, TAPE, AUDIO, VIDEOTAPE AND OTHER RECORDINGS OF MY ACTIONS AND STATEMENTS AND THOSE OF OTHERS MAY BE MADE USING CONCEALED OR HIDDEN CAMERAS AND OTHER DEVICES LOCATED THROUGHOUT THE CAST HOUSE, INCLUDING, BUT NOT LIMITED TO, IN THE INTERIOR OF BEDROOMS OR ANY OTHER ROOMS IN WHICH I MAY SLEEP, BATHROOMS, DRESSING ROOMS, AND THE INTERIOR OF ANY OTHER AREA IN WHICH A PERSON UNDER OTHER CIRCUMSTANCES MIGHT HAVE A REASONABLE EXPECTATION OF PRIVACY. I consent to any such recordings and give my express, unconditional and irrevocable permission to Producer to fully exploit all resulting recordings or materials, irrespective of whether the making or exhibition of such materials might constitute a breach of any rights of privacy I otherwise might have in the absence of this express Agreement, and irrespective of whether such materials violate any rights I otherwise would or might hold in the future. (For the avoidance of doubt, all such materials shall constitute "Material" as defined above.) I understand that I have no expectation of privacy anywhere in the house. I ALSO CONSENT TO HAVING MY PERSON AND BELONGINGS SEARCHED FOR WEAPONS OR DRUGS PRIOR TO MY ENTRY INTO THE HOUSE. I AGREE NOT TO BRING ANY WEAPONS OR DRUGS INTO THE HOUSE.

6. I UNDERSTAND THAT PRODUCER DOES NOT MAKE ANY REPRESENTATIONS OR WARRANTIES ABOUT THE CAST MEMBERS IN THE PROGRAM OR OF ANY OTHER PERSON WHOM I MAY ENCOUNTER IN CONNECTION WITH MY PARTICIPATION IN THE PROGRAM, INCLUDING BUT NOT LIMITED TO, THE MENTAL OR PHYSICAL HEALTH OF ANY SUCH PERSON. IF I CHOOSE TO ENGAGE IN CONSENSUAL SEXUAL BEHAVIOR OR INTIMATE CONTACT WITH ANY SUCH PERSON I DO SO VOLUNTARILY AND KNOWINGLY AND I ASSUME THE RISK THAT BY ENGAGING IN SUCH ACTIVITY I MAY CONTRACT CERTAIN SEXUALLY TRANSMITTED DISEASES. PRODUCER MAKES NO WARRANTY OR REPRESENTATION THAT ANY SUCH PERSON IS STD FREE. I AM COGNIZANT OF THE RISKS AND I SHALL BEHAVE IN A MANNER CONSISTENT WITH GOOD JUDGMENT AND CAUTION AS I WOULD IN MY DAILY LIFE. I EXPLICITLY INCLUDE ANY INJURIES OR HARM THAT I MAY SUFFER AS A RESULT OF ENGAGING IN SUCH CONDUCT WITHIN THE MATTERS FOR WHICH I AM RELEASING YOU FROM ANY CLAIMS OR LIABILITIES.

7. I also hereby warrant and represent EITHER: (i) that I am not a member of any collective bargaining organization, including without limitation, the Screen Actors Guild (SAG) and/or the American Federation of Television and Radio Artists (AFTRA); OR (ii) if I am a member of a performing arts union or guild, I agree that my appearance in the Program is not a performance and is not employment and is not subject to any union or guild collective bargaining agreement, and does not entitle me to wages, salary, corporate benefits, workers' compensation benefits or other compensation under any such collective bargaining agreement or otherwise.

8. **RELEASE, AGREEMENT NOT TO SUE, AND INDEMNITY.** To the maximum extent permitted by law, I agree that I will make no claim of any kind against Producer or anyone because I do not like the manner in which Producer and/or its licensees or assignees took or used the Materials or used the Materials in the Program or in any other Program or for any cause of action based on any of the Released Claims (as defined below). To the maximum extent permitted by law, I, for myself and on behalf of my heirs, executors, agents, successors or assigns, hereby irrevocably and unconditionally release, hold harmless, and forever discharge Producer, or MTV and any station or network that exhibits the Program, and each of their respective parent, subsidiary and affiliated companies, and each of their respective officers, directors, agents, representatives and employees, and Producer's invitees, participants, and cast members (the "Released Parties"), from any and all claims, actions, damages, losses, liabilities, costs, expenses, injuries or causes of action whatsoever that in any way are caused by, arise out of or result from this Agreement, my appearance and/or participation in the Program, the Materials or advertisements therefore, the creation of the Materials, my presence at or travel to any location in connection with my participation in the Program, the broadcast or other exhibition of the Program, the Materials or advertisements therefore, or any exploitation of the

2

Program and any ancillary and subsidiary uses of the Program and/or any portions thereof, on any legal theory whatsoever (including, without limitation, personal injury, invasion of privacy, right of publicity, defamation (including libel and slander), false light, copyright infringement, moral rights, confidentiality, and/or any other personal or property interests or rights), regardless of whether caused by the negligence or willful misconduct of the Released Parties (collectively, the "Released Claims".). I will defend, indemnify, and hold the Released Parties harmless from any and all such claims, actions, damages, losses, liabilities, costs, expenses, injuries or causes of action, as well as all those that in any way are caused by, arise out of or result from any breach or alleged breach by me of any of the representations or warranties or confidentiality obligations made by me in this Agreement.

9. To the maximum extent permitted by law, I waive any and all rights I may have under Section 1542 of the Civil Code of California, and every like provision in any foreign jurisdiction. Section 1542 provides as follows:

A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR.

10. I shall NOT disclose, authorize disclosure, publish, post, circulate or otherwise disseminate any information learned, disclosed to or obtained by me, of any kind, relating directly or indirectly to Producer, MTV, the Program, participants, cast members, events, production, story lines, Producer's programming or services, or my participation hereunder ("Confidential Information"). This means that I shall NOT make statements regarding Confidential Information to any participant, individual or entity, including without limitation, any members of the press or media service, including but not limited to, television, magazine, newspaper, radio and Internet sites, such non-disclosure being of the essence of this Agreement. I also acknowledge that, any disclosure of Confidential Information will constitute a material breach of this Agreement and, given the unique nature of the Program and the commercial realities of the entertainment industry, which rely upon confidentiality and intellectual property rights, will cause Producer irreparable injury entitling Producer to seek any and all remedies at law and equity, including but not limited to, injunctive relief, without posting any bond, punitive damages, and attorney's fees and costs. I agree to pay Producer and MTV the sum of Fifty Thousand Dollars ($50,000) per breach plus disgorgement of any income that I may receive in connection with my breach as liquidated damages in the event that I breach any of the confidentiality provisions of this Agreement. I agree that this is a reasonable estimate of the amount of damages that Producer and MTV are each likely to suffer in the event of such a breach, considering all of the circumstances existing as of the date of this Agreement.

11. MEDIATION AND ARBITRATION. If any controversy or claim arising out of or relating to this Agreement, or the breach of any term hereof, cannot be settled through direct discussions, the parties agree to endeavor first to settle the controversy or claim by mediation conducted in the County of Los Angeles and administered by JAMS per its Commercial Mediation Rules. IF A CONTROVERSY OR CLAIM IS NOT OTHERWISE RESOLVED THROUGH DIRECT DISCUSSIONS OR MEDIATION, IT SHALL BE RESOLVED BY FINAL AND BINDING ARBITRATION CONDUCTED IN THE COUNTY OF LOS ANGELES AND ADMINISTERED BY JAMS PER ITS STREAMLINED ARBITRATION RULES AND PROCEDURES OR SUBSEQUENT VERSIONS THEREOF (THE "JAMS RULES"). THE JAMS RULES FOR SELECTION OF AN ARBITRATOR SHALL APPLY, EXCEPT THAT THE ARBITRATOR SHALL BE AN EXPERIENCED ARBITRATOR, WITH EXPERIENCE ARBITRATING ENTERTAINMENT DISPUTES, LICENSED TO PRACTICE LAW IN CALIFORNIA. EXCEPT AS ADDRESSED IN PARAGRAPH 10 HEREIN, THE PARTIES AGREE THAT THE REMEDY FOR ANY CLAIM BROUGHT PURSUANT TO THIS AGREEMENT SHALL BE LIMITED TO ACTUAL DAMAGES, AND IN NO EVENT SHALL ANY PARTY BE ENTITLED TO RECOVER PUNITIVE OR EXEMPLARY DAMAGES OR TO RESCIND THIS AGREEMENT OR SEEK INJUNCTIVE OR ANY OTHER EQUITABLE RELIEF.

12. In the event of a dispute arising from or in connection with this agreement, I agree that the internal laws of the State of California shall govern (without giving effect to California's choice or conflict of law principles that would result in the application of any other state's laws). To the extent that the arbitration provisions of this Agreement are not enforced or court proceedings are otherwise required, commenced or maintained, the parties submit to the *in personam* jurisdiction of the Los Angeles County Superior Courts and the United States District Court for the Central District of California, and waive any objections that they may have as to jurisdiction or venue in any such courts.

3

13. This is the complete and binding agreement between Producer and me, and it supersedes all prior understandings and/or communications, both oral and written, with respect to its subject matter. The illegality, invalidity or unenforceability of any provision of this Agreement shall in no way affect the validity or enforceability of any of the remainder of this Agreement, which shall be enforced to the maximum extent permitted by law. This Agreement cannot be terminated, rescinded or amended, except by a written agreement signed by both Producer and me. I agree that Producer may license, assign and otherwise transfer this Agreement and all rights granted by me to Producer under this Agreement to any person or entity.

**<u>I UNDERSTAND THAT I AM GIVING UP CERTAIN LEGAL RIGHTS UNDER THIS AGREEMENT, INCLUDING, WITHOUT LIMITATION, MY RIGHT TO FILE A LAWSUIT IN COURT WITH RESPECT TO ANY CLAIM ARISING IN CONNECTION WITH THIS AGREEMENT.</u>**

ACCEPTED, ACKNOWLEDGED AND AGREED:
SIGNATURE: _____ DATE: 6/11/09
NAME (PRINT): _____ EMAIL ADDRESS: _____
ADDRESS: _____ TELEPHONE: _____
DATE OF BIRTH*: _____

**REDACTED**

**<u>Only For Use By Parent or Guardian of Guest Under 18 Years of Age</u>**
I represent that I am the parent/guardian of the minor named above and I agree that the grant and release contained therein binds me and said minor to all of the terms thereof. I am entitled to the sole care, custody and control of my child/ward. I acknowledge and agree that I have the foregoing Agreement and am familiar with each and all of the terms contained therein, I am satisfied that the Agreement is fair and equitable, and I hereby give my express consent to its execution by my child/ward and will not revoke my consent at anytime. I hereby fully and unconditionally guarantee the performance of my child's/ward's obligations and the grant of rights in and to the results and proceeds of my child's/ward's activities as set forth above.

_____
Parent or Guardian Signature

---

* For verification purposes only pursuant to 18 U.S.C. §§ 2256 et seq.

4

**FOR PRODUCTION USE ONLY:**

<u>Any possibility of LEG?</u>          YES                    NO          (Circle One)

<u>If yes, number on driver's license or other form of gov't issued photo ID:</u> _____

Attach photocopy or scan of ID document, or write tape number and time code of close-up of ID document here:_____

## EXHIBIT "A"

### 18 U.S.C. § 2257 --- PENCE ID FORM

Print Current Legal Name: Golzar Amirmotazedi

Date of Birth: ███ **REDACTED**
(Month, Day and Year)

Please describe the form of ID below, including the ID number. A clear, good quality photocopy of the document must be attached to this form. Check one:

(__) Passport (__) Driver's License (__) Permanent Resident Card (__) Motor Vehicle Dept. ID
(__) Military ID (__) Other (please describe)_____.

ID#_____

Please provide all other names ever used (include previous legal names, stage names, maiden or married names, aliases, professional names and nicknames):

(1) _____          (4) All other names ever used:
    (Name used for this Production)   _____
                                       _____
(2) _____            _____
    (Maiden name if applicable)

(3) _____
    (Previous legal name, if applicable)

**SWORN STATEMENT: I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES THAT I AM OVER THE AGE OF 18, THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT AND THAT THE IDENTIFICATION DOCUMENT I HAVE PROVIDED, AND COPY OF WHICH IS ATTACHED HERETO, IS VALID AND CORRECT AND HAS NOT BEEN FORGED OR ALTERED.**

Signature: _[signature]_          Today's Date: 9/11/09
Participant's Signature (using full name)

### DO NOT WRITE BELOW THIS LINE
### FOR PRODUCTION USE ONLY

Show/Series Title:_____  Episode Title:_____  Production #:_____
Production Entity:_____  Scene or Act #:_____  Shooting Date(s):_____

Original Capture Medium (check one): (__) 16mm film (__) 35mm film (__) Tape (__) Digital

I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES THAT I BELIEVE THE FOREGOING TO BE TRUE AND CORRECT, THAT I HAVE PERSONALLY EXAMINED THE PARTICIPANT'S IDENTIFICATION DOCUMENT, INCLUDING THE PHOTO AND DATE OF BIRTH, THAT I HAVE OBSERVED THE ORIGINAL OF THE IDENTIFICATION DOCUMENT, AND THAT A TRUE AND CORRECT COPY IS ATTACHED HERETO.

_____   Today's Date:__/__/__
Signature of Witness

_____
Print Name of Witness


