**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **GOLZAR AMIRMOTAZEDI**,  )<br>  )<br>           **Plaintiff**,   )<br>  )<br>     v.                              )<br>  )<br>**VIACOM INC.**, *et al*.       )<br>  )<br>           **Defendants**.  )  | Case No.: 10-0765 (GK) |

## STIPULATED NOTICE OF DISMISSAL PURSUANT TO RULE 41

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Golzar Amirmotazedi hereby voluntarily dismisses all claims against all Defendants in the above-captioned action with prejudice, with each party to bear its own attorneys' fees and costs. The undersigned counsel for Plaintiff certifies that counsel for Defendants has stipulated to the filing of this Notice of Dismissal pursuant to Rule 41(a)(1)(A)(ii).

Dated: January 18, 2012            Respectfully submitted

**COUNSEL FOR PLAINTIFF**         **COUNSEL FOR DEFENDANTS**

*//s//  Jason H. Ehrenberg*              *//s// Thomas Curley*

Jason H. Ehrenberg                         Michael D. Sullivan
Michael A. Tilghman II                    Thomas Curley
BAILEY & EHRENBERG, P.L.L.C.   LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1015 Eighteenth Street, N.W. Ste. 601   1050 Seventeenth Street, N.W., Ste. 800
Washington, D.C. 20036                Washington, D.C. 20036
Tel:  (202) 331-4150                      Tel:  (202) 508-1100

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of January 2012, I caused a true and correct copy of the foregoing Notice of Dismissal to be served via ECF upon counsel of record for Defendants as follows:

>Michael D. Sullivan, Esq.
>Thomas Curley, Esq.
>LEVINE SULLIVAN KOCH & SCHULZ, LLP
>1050 Seventeenth Street, N.W., Suite 800
>Washington, D.C. 20036


   */s/ Jason H. Ehrenberg*  _

BAILEY & EHRENBERG PLLC